## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO. 16-CV-62958-BLOOM/VALLE

| | |
|---|---|
| **JIMMY R. SANCHEZ, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **CITY OF PEMBROKE PINES, FLORIDA,** | ) |
| | ) |
| Defendant. | ) |

## JOINT WITNESS LIST

| NAME & ADDRESS OF WITNESS |
|---|
| Jimmy R. Sanchez, Jr. |
| Jimmy Sanchez, Sr. |
| Chief John Picarello<br>City of Pembroke Pines Fire Department |
| Chief Jorge Hernandez<br>City of Pembroke Pines Fire Department |
| Chief Ruben Troncoso<br>City of Pembroke Pines Fire Department |
| Battalion Chief David Gains<br>City of Pembroke Pines Fire Department |
| Daniel Rotstein<br>City of Pembroke Pines |
| Captain Robert Fernandez<br>City of Pembroke Pines Fire Department |

CASE NO. 16-CV-62958-BLOOM/VALLE

| Battalion Chief Hamel<br>City of Pembroke Pines Fire Department |
|---|
| Captain Rod Dennett<br>City of Pembroke Pines Fire Department |
| Battalion Chief Dejoris<br>City of Pembroke Pines Fire Department |
| Rueben Barthelemy<br>City of Pembroke Pines Fire Department |
| Scott Rogers<br>City of Pembroke Pines Fire Department |
| Lt. Leslie McVey<br>City of Pembroke Pines Fire Department |
| Representative and/or Records Custodian<br>City of Pembroke Pines |
| Representative and/or Records Custodian<br>Village of Tequesta |
| Representative and/or Records Custodian<br>Flagler County |

DATED:  November 13, 2017                    Respectfully submitted,

| _s/ Rainier Regueiro_ | _s/ Tracey A. DeCarlo_ |
|---|---|
| Anthony M. Georges-Pierre, Esq.<br>Florida Bar No.: 533637<br>agp@rgpattorneys.com<br>Rainier Regueiro, Esq.<br>Florida Bar No.: 115578<br>rregueiro@rgpattorneys.com<br><br>REMER & GEORGES-PIERRE, PLLC<br>44 West Flagler St., Suite 2200<br>Miami, Florida 33130<br>Tel: (305) 416-5000<br>Fax: (305) 416-5005<br><br>**ATTORNEYS FOR PLAINTIFF** | James A. Cherof, Esq.<br>Florida Bar No. 291846<br>jcherof@cityatty.com<br>Tracey A. DeCarlo, Esq.<br>Florida Bar No. 60259<br>tdecarlo@cityatty.com<br><br>GOREN CHEROF DOODY & EZROL<br>3099 East Commercial Blvd., Suite 200<br>Fort Lauderdale, FL 33308<br>Tel: (954) 771-4500<br>Fax: (954) 771-4923<br><br>**ATTORNEYS FOR DEFENDANT** |