UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:16-cv-62958-BLOOM/VALLE

**JIMMY R. SANCHEZ, JR.,**

    Plaintiff,

**v.**

**CITY OF PEMBROKE PINES, FLORIDA,**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    PLEASE TAKE NOTICE that the parties in the above-styled action have settled this matter in its entirety.

| | |
|---|---|
| Dated November 21, 2017 | Respectfully submitted, |
| | /s/ Anthony M. Georges-Pierre |
| | Anthony M. Georges-Pierre, Esq. |
| | Florida Bar No.: 533637 |
| | **REMER & GEORGES-PIERRE, PLLC** |
| | 44 West Flagler St., Suite 2200 |
| | Miami, FL 33130 |
| | Telephone (305) 416-5000 |
| | Facsimile (305) 416-5005 |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Samuel S. Goren, Esq.**
**Tracey A. DeCarlo, Esq.**
GOREN, CHEROF, DOODY & EZROL, P.A.
3099 East Commercial Blvd.
Suite 200
Fort Lauderdale, Florida 33308
Telephone: 954-771-4500
Facsimile: 954-771-4923
Email: sgoren@cityatty.com
Email: tdecarlo@cityatty.com

**Scott D. Alexander, Esq.**
JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
2455 East Sunrise Boulevard
Suite 1000
Fort Lauderdale, Florida 33304
(954) 463-0100 - Telephone
(954) 463-2444 - Facsimile
Alexander@jambg.com - primary
Blanca@jambg.com - secondary

                                    /s/ Anthony M. Georges-Pierre
                                    Anthony M. Georges-Pierre, Esq.
                                    Florida Bar No.: 533637